IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

FILED IN OPEN COURT
U.S.D.C. Atlanta
OCT - 8 2003
LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | |
| WILLIAM EMMETT LECROY, JR. | : | NO. 2:03-CR-52 |

THE GRAND JURY CHARGES THAT:

On or about June 30, 2003, in the Northern District of Georgia, the defendant, WILLIAM EMMETT LECROY, JR., did knowingly attempt to escape from custody in the Lumpkin County Detention Center, an institutional facility in which he was lawfully confined under and by virtue of process issued by a United States Magistrate Judge of the United States District Court for the Northern District of Georgia under the laws of the United States, that being a writ of habeas corpus ad prosequendam for a felony offense charging a violation of Title 18, United States Code, Section 2119(3) by taking a motor vehicle from the person and presence of Joann Lee Tiesler by force and violence with the intent to cause death and

ATTEST: A TRUE COPY
CERTIFIED THIS

OCT - 9 2003

Luther D. Thomas, Clerk
By: _____
Deputy Clerk

serious bodily harm resulting in her death, in violation of Title 18, United State Code, Section 751(a).

A _____TRUE_____ BILL

_____
FOREPERSON

WILLIAM S. DUFFEY, JR.
UNITED STATES ATTORNEY

RUSSELL G. VINEYARD
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 727890

R. JOSEPH BURBY, IV
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 094503

600 Richard B. Russell Bldg.
75 Spring Street, S.W.
Atlanta, GA 30303
(404)581-6000

2