IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA      :
                                :
           v.                :    CRIMINAL NO. 2:03-CR-052-RWS
                                :

WILLIAM EMMETT LECROY, JR.     :

## GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

It appearing in the above-styled case, that by the authority of the undersigned, of the Indictment, filed October 8, 2003, charging violation of Title 18 U.S.C. Section(s) 751A, count one is dismissed as to WILLIAM EMMETT LECROY, JR. and Movant prays leave of Court to file the same.

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

By: _Wml McK_____ _l.h._
WILLIAM L. MCKINNON, JR.
ASSISTANT UNITED STATES ATTORNEY
(404)581-6046
FAX: (404)581-6181
Georgia Bar No. 495812

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

### O R D E R

Now, to-wit, on the _2nd_ day of _Oct_____, 2007, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE